# United States District Court
## District of Wyoming

**Request for Modifying the Conditions or Term of Supervision with Consent of the Offender**

| | | | |
|---|---|---|---|
| Name of Offender : | Andrew Clark Crawford | Case No.: | 17CR-00125-1F |
| Sentencing Judicial Officer: | Raner C. Collins | | |
| Date of Original Sentence: | October 17, 2012 | | |
| Original Offense: | Accessing Child Pornography | | |
| Original Sentence: | 72 months custody/Lifetime supervised release | | |
| Type of Supervision: | Supervised release | | |
| Date Supervision Commenced: | May 3, 2017 | | |
| Assistant U.S. Attorney: | Carin C Duryee | | |
| Defense Attorney: | Dan H Cooper | | |

### Petitioning the Court

☐ To extend the term of supervision ___ years, for a total of ___ years.
☒ To modify the conditions of supervision as follows:

The following condition of supervised release be considered satisfied: You shall abide by a curfew restricting you to your approved residence each day, with the hours to be determined by the probation officer. Prior written permission from the probation officer is required to deviate from the curfew schedule.

Curfew was established as 8pm to 6am everyday at the defendant's personal residence.

### Cause

The defendant has managed to abide by his Court ordered curfew condition for the first six months of his supervision. The defendant has been sentenced to a lifetime of supervised release. It does not appear it is necessary for the defendant to be on a curfew for the rest of his life and it is therefore the recommendation of the U.S. Probation Office that the curfew condition be considered satisfied.

I declare under penalty of perjury that the foregoing is true and correct.

_/s/ Eddie Lobatos_  
Eddie Lobatos  
U.S. Probation Officer

November 20, 2017  
Date

Approved by: _/s/ Brett Bohlender_  
Brett Bohlender  
Supervisory U.S. Probation Officer

**THE COURT ORDERS:**

☐ No Action
☐ The extension of supervision as noted above.
☒ The modification of conditions as noted above.
☐ Other

_/s/ Nancy D. Freudenthal_  
Nancy D. Freudenthal  
Chief U.S. District Judge

11/20/2017  
Date

# UNITED STATES DISTRICT COURT
# DISTRICT OF WYOMING

## Waiver of Hearing to Modify Conditions of Supervised Release Or Extend Term of Supervision

     I have been advised by the U.S. Probation Officer that I am entitled to consult with counsel prior to signing this form, agreeing to waiver of a hearing to modify the terms and conditions of my Supervised Release as set forth below. If I cannot afford counsel, I understand the Federal Public Defender's Office may be appointed for the limited purpose of advising me on this matter.

     I have also been advised by the United States Probation Officer and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to me if I am not able to retain counsel of my own choosing.

     I understand that should the Court concur with the action, I must abide by all the conditions previously imposed during the period of Supervised Release.

     I hereby voluntarily waive my statutory right to a hearing and to consultation with and/or assistance of counsel. I also agree to the following modifications of my Conditions of Supervised Release:

> The following condition of supervised release be considered satisfied: You shall abide by a curfew restricting you to your approved residence each day, with the hours to be determined by the probation officer. Prior written permission from the probation officer is required to deviate from the curfew schedule.

> Curfew was established as 8pm to 6am everyday at the defendant's personal residence.

I have read or have had the above read to me and I fully understand it. Having been advised of my rights, I freely and voluntarily give full consent to this proposed action.

Signed: *Andrew Crawford*        Date: 11-16-17
Defendant

Witness: *Eddie Lobatos*        Date: 11-16-17
U.S. Probation Officer