AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2018 NOV 19 AM 8:35

STEPHAN HARRIS, CLERK
CHEYENNE

| | |
|---|---|
| United States of America<br>v.<br>ANDREW CLARK CRAWFORD<br><br>*Defendant* | )<br>)  Case No.  17-CR-125-F<br>)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Andrew Clark Crawford                                                                             ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☑ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:
Violations of Supervised Release

Date:  11/19/2018

                                                                        *Issuing officer's signature*

City and state:  Cheyenne, Wyoming               Stephan Harris, Clerk of United States District Court
                                                                        *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)*  _____ .

Date: _____                              _____
                                                                        *Arresting officer's signature*

                                                                        _____
                                                                        *Printed name and title*

ORIGINAL

# United States District Court
## District of Wyoming

**Petition for Warrant or Summons for Offender Under Supervision**

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2018 NOV 19 AM 8:19

STEPHAN HARRIS, CLERK
CHEYENNE

| | |
|---|---|
| Name of Offender: | ANDREW CLARK CRAWFORD |
| Sentencing Judicial Officer: | Raner C. Collins (District of Arizona) |
| Date of Original Sentence: | October 17, 2012 |
| Original Offense: | Accessing Child Pornography |
| Original Sentence: | 72 Months custody/lifetime supervised release |
| Type of Supervision: | Supervised Release |
| Date Supervision Commenced: | May 3, 2017 |
| Date Supervision Modified: | November 20, 2017 (Curfew restriction removed after 6 months of compliance) |
| Assistant U.S. Attorney: | Carin C. Duryee |
| Defense Attorney: | Dan H. Cooper |

Case No.: 17CR-00125-NDF1

## Petitioning the Court

☒ To issue a warrant
☐ To issue a summons
☐ To sign and have filed an amended petition

The probation officer believes the offender has violated the following condition(s) of supervision:

(See attached)

**U.S. Probation Officer Recommendation:**

☒ The term of supervision should be
    ☒ revoked.
    ☐ extended for ___ years, for a total of ___ years.
☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie Lobatos

Eddie Lobatos
U.S. Probation Officer

November 16, 2018

Date

Approved by: /s/ Brett Bohlender

Brett Bohlender
Supervisory U.S. Probation Officer

**THE COURT ORDERS:**
☐ No Action
☒ The issuance of a warrant
☐ The issuance of a summons
☐ Other

*Nancy D. Freudenthal*
Nancy D. Freudenthal
U.S. District Judge

**THE COURT FURTHER ORDERS:**
☐ Counsel to file Notice of Intent to Contest the Results of the Urinalysis Testing within two days of the Initial Appearance on this Petition.

11/16/2018
Date

Petition for Warrant
ANDREW CLARK CRAWFORD

### Violation No. 1

Special Condition — You shall attend and participate in a sex offender treatment program and sex offense specific evaluations as approved by the probation officer. You shall abide by the policies and procedures of all the treatment and evaluation providers. You shall contribute to the cost of such treatment and assessment not to exceed an amount determined to be reasonable by the probation officer based on ability to pay.

**Nature of Noncompliance**

The defendant has been involved in sex offender treatment since May 2017 at South Central Treatment Associates, Billings, Montana. This is a treatment program that has been approved by the United States Probation Office.

On November 15, 2018, the defendant was terminated by South Central Treatment Associates as it had come to their attention and the U.S. Probation Office that the defendant has been repeatedly participating in high risk/criminal behavior.

**U.S. Probation Officer's Action**
This Petition for Warrant for Offender Under Supervision was submitted to the Court.

### Violation No. 2

Mandatory Condition — The defendant shall not commit another federal, state or local crime.

**Nature of Noncompliance**
Since May 10, 2018, the defendant admitted to masturbating while driving his car in and around Cody approximately 30 times. He indicated he usually commits this act in route to Billings, Montana, or while driving around Cody.

According to Wyoming State Statute 6-4-201, a person is guilty of Public Indecency when the following occurs:
(a) while in a public place where he may reasonably be expected to be viewed by others, he:
   (i) Performs an act of sexual intrusion
   (ii) exposes his intimate parts with the intent of arousing the sexual desire of himself or another person

**U.S. Probation Officer's Action**
This Petition for Warrant for Offender Under Supervision was submitted to the Court.

**Penalties for Supervised Release Violations:**

**Statutory Penalties:** According to 18 U.S.C. § 3583(e)(3), the Court may revoke a term of supervised release and require the person to serve in prison all or part of the term of supervised release authorized by statute for the offense that resulted in such term of supervised release without credit for time previously served on post-release supervision. The maximum revocation term of custody for a class C Felony is 2 years.

Pursuant to 18 U.S.C. § 3583(h), if supervision is revoked and the defendant is sentenced to a term of imprisonment, the Court may sentence the defendant to an additional term of supervised release. The length of such a term of supervised release shall not exceed the term of supervised release authorized by statute for the original offense, up to life, less any term of imprisonment imposed upon revocation of supervised release.

**Guideline Penalties:** In the case of revocation of supervised release, the applicable term of imprisonment is found in the Sentencing Guideline Table under 7B1.4(a). This section states that for Grade C Violations with a Criminal History Category of I, and where the defendant was on supervised release as a result of a sentence for a Class C

Petition for Warrant
ANDREW CLARK CRAWFORD

felony, the applicable imprisonment range is 3 - 9 months.

Pursuant to U.S.S.G. § 7B1.3(g)(2), the term should not exceed the original term of supervised release authorized by statute less any term of imprisonment imposed upon revocation.