# United States District Court
## District of Wyoming

**Request for Modifying the Conditions or Term of Supervision with Consent of the Offender**

| | |
|---|---|
| Name of Offender : | ANDREW CLARK CRAWFORD   Case No.:   17CR-00125-NDF |
| Sentencing Judicial Officer: | Raner C. Collins (District of Arizona) |
| Date of Original Sentence: | October 17, 2012 |
| Original Offense: | Accessing Child Pornography |
| Original Sentence: | 72 Months custody/Lifetime |
| Type of Supervision: | Supervised release |
| Date Supervision Commenced: | May 3, 2017 |
| Date Supervision Modified: | November 20, 2017 (Curfew restriction removed after 6 months of compliance) |
| Assistant U.S. Attorney: | Carin C. Duryee |
| Defense Attorney: | Dan H. Cooper |

### Petitioning the Court

☐ To extend the term of supervision     years,   for a total of     years.
☒ To modify the conditions of supervision as follows:

For a period of six months from the date of this signing, the defendant shall not drive a motor vehicle unless accompanied by an adult who is aware of the nature of the defendant's background and current offense.

### Cause

As a condition of his release, the defendant is subject to polygraph examinations as a means to determine compliance with conditions of supervision. On September 22, 2017, the defendant was subject to a maintenance polygraph examination. During the course of this examination, the defendant disclosed that he had been masturbating on his way to his therapy sessions in Billings, Montana. Following this revelation, South Central Treatment implemented a number of community-based interventions including medical treatment for depression and compulsive symptoms, increasing the frequency of polygraph testing, and engaging in support systems in his treatment plan.

On November 14, 2018, the defendant reported to the U.S. Probation Office for a scheduled maintenance polygraph examination. During the pretest examination, the defendant reported that since May 2018, the defendant had masturbated while driving his car up to 30 times. He indicated that he thinks about exposing himself to a female while in public every day. He indicated that he masturbates while driving to Billings to his therapy appointments or while he is driving around town in Cody.

The defendant has a history of public exposure and readily admits that he fantasizes about it frequently. The defendant has two prior convictions for public exposure.

I declare under penalty of perjury that the foregoing is true and correct.

_[signature]_                                                               December 10, 2018
Eddie Lobatos                                                               Date
U.S. Probation Officer

Approved by:  _[signature]_
              Brett Bohlender
              Supervisory U.S. Probation Officer

ANDREW CLARK CRAWFORD

**THE COURT ORDERS:**

☐ No Action
☐ The extension of supervision as noted above.
☒ The modification of conditions as noted above.
☐ Other

_Nancy D. Freudenthal_ (signature)	12/10/2018

Nancy D. Freudenthal	Date
U.S. District Judge

# UNITED STATES DISTRICT COURT
# DISTRICT OF WYOMING

## Waiver of Hearing to Modify Conditions of Supervised Release Or Extend Term of Supervision

I have been advised by the U.S. Probation Officer that I am entitled to consult with counsel prior to signing this form, agreeing to waiver of a hearing to modify the terms and conditions of my Supervised Release as set forth below. If I cannot afford counsel, I understand the Federal Public Defender's Office may be appointed for the limited purpose of advising me on this matter.

I have also been advised by the United States Probation Officer and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to me if I am not able to retain counsel of my own choosing.

I understand that should the Court concur with the action, I must abide by all the conditions previously imposed during the period of Supervised Release.

I hereby voluntarily waive my statutory right to a hearing and to consultation with and/or assistance of counsel. I also agree to the following modifications of my Conditions of Supervised Release:

> For a period of six months from the date of this signing, the defendant shall not drive a motor vehicle unless accompanied by an adult who is aware of the nature of the defendant's background and current offense.

I have read or have had the above read to me and I fully understand it. Having been advised of my rights, I freely and voluntarily give full consent to this proposed action.

Signed: _Andrew Crawford_   December 10, 2018
Andrew Crawford                Date
Defendant

Witness: _Melanie Gavisk_      December 10, 2018
Melanie Gavisk                 Date