Timothy W. Gist
Wyoming State Bar No. 6-3122
Assistant United States Attorney
District of Wyoming
P.O. Box 449
Lander, WY 82520
(307) 332-8195
timothy.gist@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2018 DEC 10 PM 2: 12

STEPHAN HARRIS, CLERK
CHEYENNE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Criminal No. 17-CR-125-F |
| ANDREW CLARK CRAWFORD, | |
| Defendant. | |

## MOTION TO DISMISS PETITION TO REVOKE SUPERVISED RELEASE, TO QUASH WARRANT, AND RELEASE DEFENDANT ANDREW CLARK CRAWFORD

The United States Attorney for the District of Wyoming moves the Court dismiss the Petition to Revoke Supervised Release filed on November 19, 2018, against the Defendant Andrew Clark Crawford in the above-entitled case as it is in the best interests of justice. The United States also moves to quash the warrant issued on November 19, 2018, and requests that the Defendant be released from the custody of the United States Marshal's Service.

DATED this 10TH day of December, 2018.

MARK A. KLAASSEN
United States Attorney

By: _____
TIMOTHY W. GIST
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of December, 2018, the foregoing was electronically filed and consequently served on defense counsel.

_____
For the United States Attorney's Office