# United States District Court
# District of Wyoming

**Request for Modifying the Conditions or Term of Supervision with Consent of the Offender**

| | |
|---|---|
| Name of Offender: | ANDREW CLARK CRAWFORD    Case No.:  17CR-00125-NDF1 |
| Sentencing Judicial Officer: | Raner C. Collins (District of Arizona) |
| Date of Original Sentence: | October 17, 2012 |
| Original Offense: | Accessing Child Pornography |
| Original Sentence: | 72 Months custody/Lifetime |
| Type of Supervision: | Supervised release |
| Date Supervision Commenced: | May 3, 2017 |
| Date Supervision Modified: | November 20, 2017 (Curfew restriction removed after 6 months of compliance) |
| Date Supervision Modified: | December 10, 2018 (6 months driving restrictions) |
| Assistant U.S. Attorney: | Carin C. Duryee |
| Defense Attorney: | Dan H. Cooper |

**Petitioning the Court**

☐ To extend the term of supervision ___ years, for a total of ___ years.
☒ To modify the conditions of supervision as follows:

The defendant shall be required to submit to periodic polygraph testing as a means to ensure that he is in compliance with the requirements of his supervision or treatment program. A valid Fifth Amendment refusal to answer a question during a polygraph examination will not be used as a basis for a violation proceeding. In the event of a refusal, the matter will be referred to the Court to determine whether the invocation of the privilege is valid.

This condition will replace the existing condition that was issued by the District of Arizona at the time of the defendant's sentencing. That condition reads as follows....

*You shall attend and participate in periodic polygraph examinations as a means to determine compliance with conditions of supervision and the requirements of your therapeutic program, as directed by the probation officer. No violation proceedings will arise solely on the result of the polygraph test. A valid Fifth Amendment refusal to answer a question during a polygraph examination will not be used as a basis for a violation proceeding. You shall contribute to the cost of such polygraph examination not to exceed an amount determined to be reasonable by the probation officer based on ability to pay.*

**Cause**

The defendant was originally adjudicated on the instant offense out of the District of Arizona. The defendant no longer has ties to the District of Arizona and intends on remaining in Wyoming for the remainder of his supervision term. A request to modify this condition is currently being made to better align his supervision case with that of other sex offenders in the District of Wyoming. The defendant has agreed to this modification after consultation with his legal counsel, Melanie Gavisk.

I declare under penalty of perjury that the foregoing is true and correct.

_____     January 24, 2019
Eddie Lobatos                               Date
U.S. Probation Officer

Approved by: _____
Brett Bohlender
Supervisory U.S. Probation Officer

ANDREW CLARK CRAWFORD

**THE COURT ORDERS:**

☐ No Action
☐ The extension of supervision as noted above.
☒ The modification of conditions as noted above.
☐ Other

*Nancy D Freudenthal*　　　　　　　　　　　　　　1/24/2019

Nancy D. Freudenthal　　　　　　　　　　　　　　Date
U.S. District Judge

# UNITED STATES DISTRICT COURT
# DISTRICT OF WYOMING

## Waiver of Hearing to Modify Conditions of Supervised Release Or Extend Term of Supervision

I have been advised by the U.S. Probation Officer that I am entitled to consult with counsel prior to signing this form, agreeing to waiver of a hearing to modify the terms and conditions of my Supervised Release as set forth below. If I cannot afford counsel, I understand the Federal Public Defender's Office may be appointed for the limited purpose of advising me on this matter.

I have also been advised by the United States Probation Officer and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to me if I am not able to retain counsel of my own choosing.

I understand that should the Court concur with the action, I must abide by all the conditions previously imposed during the period of Supervised Release.

I hereby voluntarily waive my statutory right to a hearing and to consultation with and/or assistance of counsel. I also agree to the following modifications of my Conditions of Supervised Release:

> The defendant shall be required to submit to periodic polygraph testing as a means to ensure that he is in compliance with the requirements of his supervision or treatment program. A valid Fifth Amendment refusal to answer a question during a polygraph examination will not be used as a basis for a violation proceeding. In the event of a refusal, the matter will be referred to the Court to determine whether the invocation of the privilege is valid.
>
> This condition will replace the existing condition that was issued by the District of Arizona at the time of the defendant's sentencing. That condition reads as follows....
>
> *You shall attend and participate in periodic polygraph examinations as a means to determine compliance with conditions of supervision and the requirements of your therapeutic program, as directed by the probation officer. No violation proceedings will arise solely on the result of the polygraph test. A valid Fifth Amendment refusal to answer a question during a polygraph examination will not be used as a basis for a violation proceeding. You shall contribute to the cost of such polygraph examination not to exceed an amount determined to be reasonable by the probation officer based on ability to pay.*

I have read or have had the above read to me and I fully understand it. Having been advised of my rights, I freely and voluntarily give full consent to this proposed action.

Signed: *Andrew Crawford*   Date: 1-16-19
Andrew Crawford
Defendant

Witness: *[signature]*   Date: 1-16-19
Eddie Lobatos
U.S. Probation Officer