# United States District Court
# District of Wyoming

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

| | |
|---|---|
| Name of Offender: | Andrew Clark Crawford    Case No.: 17CR-00125-NDF1 |
| Sentencing Judicial Officer: | Raner C. Collins (District of Arizona) |
| Date of Original Sentence: | October 17, 2012 |
| Original Offense: | Accessing Child Pornography |
| Original Sentence: | 72 months custody; Lifetime supervised release |
| Type of Supervision: | Supervised release |
| Date Supervision Commenced: | May 3, 2017 |
| Transfer of Jurisdiction: | June 5, 2017 |
| Date Supervision Modified: | November 20, 2017 (Curfew restriction removed after 6 months of compliance) |
| Date Supervision Modified: | December 10, 2018 (6 months driving restrictions) |
| Date Supervision Modified: | January 24, 2019; updated polygraph condition to match District of Wyoming verbiage |
| Assistant U.S. Attorney: | Timothy Gist |
| Defense Attorney: | Melanie Gavisk |

## Petitioning the Court

☐ To extend the term of supervision ___ years, for a total of ___ years.
☒ To modify the conditions of supervision as follows:

**The defendant shall be monitored by Radio Frequency (RF) Monitoring for a period of 90 days and shall abide by all technology requirements. The telephone line used for electronic monitoring shall not have any special features or services that may interfere with the functioning of the location monitoring equipment. The defendant shall comply with a schedule established by the supervising officer. The defendant shall pay all or part of the costs of participation in the location monitoring program as ordered by the Court and as directed by the probation officer.**

**The defendant shall be restricted to his residence at all times except for employment; education; religious services; medical, substance abuse or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the probation officer.**

## Cause

On November 18, 2019, the defendant failed his maintenance polygraph examination after deception was indicated with regard to the question of whether he had exposed himself in public.

On December 5, 2019, the defendant reported to the Probation Office to discuss the failed polygraph. The defendant made several admissions. First, in the weeks leading up to October 31, 2019, the defendant admitted he began masturbating in his vehicle on his way home from work. On one such occasion, the defendant positioned his vehicle close to a sidewalk, where he exposed himself to two teenage girls who noticed him masturbating in his car.

Furthermore, on or about November 18, 2019, the defendant admitted he was again masturbating in public. In one such instance, the defendant reports he exposed himself to the occupants of a truck who pulled up alongside him while he was masturbating in his vehicle.

In response to the above violations and to determine if there was further violation conduct, the defendant was asked to complete a specific issue polygraph, which he passed on January 16, 2020. The defendant was also asked to disclose the above information to his treatment provider.

It is believed this course of action will address the violation conduct by restricting the defendant's ability to further

Andrew Clark Crawford

engage in this behavior.

I declare under penalty of perjury that the foregoing is true and correct.

_[signature]_  January 27, 2020

Kenny Ainsworth  Date
U.S. Probation Officer

Approved by: _[signature]_

Angie Miller
Supervisory U.S. Probation Officer

**THE COURT ORDERS:**

☐ No Action
☐ The extension of supervision as noted above.
☒ The modification of conditions as noted above.
☐ Other

_[signature]_  1/31/2020

Nancy D. Freudenthal  Date
U.S. District Judge

Page 2 of 2

PROB 49
Modified 01/2002

# UNITED STATES DISTRICT COURT
## for
## DISTRICT OF WYOMING

### Waiver of Hearing to Modify Conditions of Supervised Release

I have been advised by the U.S. Probation Officer that I am entitled to consult with counsel prior to signing this form, agreeing to waiver of a hearing to modify the terms and conditions of my Supervised Release as set forth below. If I cannot afford counsel, I understand the Federal Public Defender's Office may be appointed for the limited purpose of advising me on this matter.

I have also been advised by the United States Probation Officer and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to me if I am not able to retain counsel of my own choosing.

I understand that should the Court concur with the action, I must abide by all the conditions previously imposed during the period of Supervised Release.

I hereby voluntarily waive my statutory right to a hearing and to consultation with and/or assistance of counsel. I also agree to the following modifications of my Conditions of Supervised Release:

**The defendant shall be monitored by Radio Frequency (RF) Monitoring for a period of 90 days and shall abide by all technology requirements. The telephone line used for electronic monitoring shall not have any special features or services that may interfere with the functioning of the location monitoring equipment. The defendant shall comply with a schedule established by the supervising officer. The defendant shall pay all or part of the costs of participation in the location monitoring program as ordered by the Court and as directed by the probation officer.**

**The defendant shall be restricted to his residence at all times except for employment; education; religious services; medical, substance abuse or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the probation officer.**

I have read or have had the above read to me and I fully understand it. Having been advised of my rights, I freely and voluntarily give full consent to this proposed action.

Signed: _Andrew Crawford_    1-28-20
Andrew Crawford              Date
Defendant

Witness: _[signature]_         1-29-2020
Kenny Ainsworth              Date
U.S. Probation Officer