# United States District Court
# District of Wyoming

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender : | ANDREW CLARK CRAWFORD |
| Sentencing Judicial Officer: | Raner C. Collins (District of Arizona) |
| Date of Original Sentence: | October 17, 2012 |
| Original Offense: | Accessing Child Pornography |
| Original Sentence: | 72 Months custody/Lifetime supervised release |
| Type of Supervision: | Supervised release |
| Date Supervision Commenced: | May 3, 2017 |
| Date Supervision Modified: | November 20, 2017 (Curfew restriction removed after 6 months of compliance) |
| Date Supervision Modified: | December 10, 2018 (6 months driving restrictions) |
| Date Supervision Modified: | January 24, 2019 (Updated polygraph condition to match District of Wyoming) |
| Date Supervision Modified: | February 4, 2020 (90 days home detention) |
| Assistant U.S. Attorney: | Timothy Gist |
| Defense Attorney: | Melanie Gavisk |

Case No.: 17CR-00125-NDF1

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2021 NOV -3 AM 9:26
MARGARET BOTKINS, CLERK
CHEYENNE

### Petitioning the Court

☒ To issue a warrant
☐ To issue a summons
☐ To sign and have filed an amended petition

The probation officer believes the offender has violated the following condition(s) of supervision:

(See attached)

**U.S. Probation Officer Recommendation:**

☒ The term of supervision should be
  ☒ revoked.
  ☐ extended for ___ years, for a total of ___ years.
☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

_____       November 2, 2021
Eddie Lobatos                         Date
Senior U.S. Probation Officer

Approved by: _____
             Paul Ricketts
             Chief U.S. Probation Officer

Petition for Warrant
ANDREW CLARK CRAWFORD

| **THE COURT ORDERS:** | **THE COURT FURTHER ORDERS:** |
|---|---|
| ☐ No Action | ☐ Counsel to file Notice of Intent to Contest |
| ☒ The issuance of a warrant | the Results of the Urinalysis Testing within |
| ☐ The issuance of a summons | two days of the Initial Appearance on this |
| ☐ Other | Petition. |

*Nancy D. Freudenthal* _____   11/3/2021
Nancy D. Freudenthal                                          Date
U.S. District Judge

### Violation No.  1

Mandatory Condition     2     The defendant shall not commit another federal, state or local crime.

#### Nature of Noncompliance

On December 5, 2019, the defendant reported to the Probation Office and made several admissions. First, in the weeks leading up to October 31, 2019, the defendant admitted he began masturbating in his vehicle on his way home from work. On one such occasion, the defendant positioned his vehicle close to a sidewalk, where he exposed himself to two teenage girls who noticed him masturbating in his car.

Furthermore, on or about November 18, 2019, the defendant admitted he was again masturbating in public in one such instance, the defendant reports he exposed himself to the occupants of a truck who pulled up alongside him while he was masturbating in his vehicle.

According to Wyoming State Statute 6-4-201, a person is guilty of Public Indecency when the following occurs:
(a) while in a public place where he may reasonably be expected to be viewed by others, he:
   (i) Performs an act of sexual intrusion
   (ii) exposes his intimate parts with the intent of arousing the sexual desire of himself or another person.

#### U.S. Probation Officer's Action

In response to the above violations, the defendant was subject to a specific issue polygraph examination to ensure no additional conduct outside of what he admitted had occurred. That polygraph test was completed on January 16, 2020, which the defendant successfully passed with no deception indicated.

In addition, on February 4, 2020, a *Request to Modify Conditions of Supervision* was filed requiring the defendant be placed on home detention with electronic monitoring for a period of 90 days.

### Violation No.  2

Mandatory Condition     2     The defendant shall not commit another federal, state, or local crime.

#### Nature of Noncompliance

On August 11, 2020, the defendant failed his maintenance polygraph examination after he admitted he had been masturbating in his vehicle on his way home from work. On September 21, 2020, the defendant admitted prior to a specific issue polygraph that he had masturbated in his vehicle in a grocery store parking lot on two occasions in June and July of 2020. Following the polygraph examination, the defendant was interviewed by his supervising probation officer. The defendant admitted it had become routine for him to masturbate in the parking lot of Mr. D's Food Center in Powell, Wyoming, before returning home from work.

According to Wyoming State Statute 6-4-201, a person is guilty of Public Indecency when the following occurs:
(a) while in a public place where he may reasonably be expected to be viewed by others, he:
   (i) Performs an act of sexual intrusion

Petition for Warrant
ANDREW CLARK CRAWFORD

(ii) exposes his intimate parts with the intent of arousing the sexual desire of himself or another person

### U.S. Probation Officer's Action
On October 9, 2020, a Report on Offender Under Supervision was submitted to the Court outlining the conduct. The defendant was required to address this conduct in sex offender treatment through controlling strategies. In addition, the defendant was required to complete a Sex Offender workbook through Set Free forever. The course material focuses on the addictive and compulsive aspects of sexually deviant behavior.

### Violation No. 3

| | | |
|---|---|---|
| Special Condition | 8 | You shall not possess or use a computer (including Internet capable devices) with access to any "on-line computer service" at any location (including place of employment) without the prior written permission of the probation officer. This includes any Internet service provider, bulletin board system, or any other public or private network or e-mail system. If you are allowed by the probation officer access to a computer, you will comply with the conditions of the "Computer Use-Agreement." |

### Nature of Noncompliance
On October 25, 2021, the defendant failed his maintenance polygraph examination after the examination indicated deception on a question related to the possession of prohibited pornographic materials. Following the examination, his supervising probation officer discussed the results of the examination. According to the defendant, he had gone to Walmart to purchase a computer tablet. He then sought out public WiFi at Wendy's and The Beta Coffee House in Cody, Wyoming, and used their public WiFi as a means to get on-line. While on-line, the defendant admitted he looked up adult exhibition pornography. His primary search term was "women naked in public" or different variations of this search term. He viewed pornography through this tablet for approximately one week after which time he decided to destroy the computer tablet by throwing it into a river.

The US Probation Office never gave the defendant permission to purchase a new computer device.

### U.S. Probation Officer's Action
This *Petition for Warrant or Summons for Offender Under Supervision* submitted to the Court.

### Violation No. 4

| | | |
|---|---|---|
| Mandatory Condition | 2 | The defendant shall not commit another federal, state, or local crime. |

### Nature of Noncompliance
On October 25, 2021, the defendant failed his maintenance polygraph examination after the examination indicated deception on questions related to masturbating outside of his residence and whether he has exposed himself to others for sexual gratification. Following the examination, his supervising probation officer discussed the results of the examination. According to the defendant, he has been masturbating in his truck approximately 2-3 times a week for several months. He further indicated that while masturbating in his truck, there were situations where others may have seen him exposed.

According to Wyoming State Statute 6-4-201, a person is guilty of Public Indecency when the following occurs:
(a) while in a public place where he may reasonably be expected to be viewed by others, he:
   (i) Performs an act of sexual intrusion
   (ii) exposes his intimate parts with the intent of arousing the sexual desire of himself or another person

### U.S. Probation Officer's Action
This *Petition for Warrant or Summons for Offender Under Supervision* submitted to the Court.

### Penalties for Supervised Release Violations:

**Statutory Penalties:** According to 18 U.S.C. § 3583(e)(3), the Court may revoke a term of supervised release and

Petition for Warrant
ANDREW CLARK CRAWFORD

require the person to serve in prison all or part of the term of supervised release authorized by statute for the offense that resulted in such term of supervised release without credit for time previously served on post-release supervision. The maximum revocation term of custody for a class C Felony is 2 years.

Pursuant to 18 U.S.C. § 3583(h), if supervision is revoked and the defendant is sentenced to a term of imprisonment, the Court may sentence the defendant to an additional term of supervised release. The length of such a term of supervised release shall not exceed the term of supervised release authorized by statute for the original offense, less any term of imprisonment imposed upon revocation of supervised release.

**Guideline Penalties:** In the case of revocation of supervised release, the applicable term of imprisonment is found in the Sentencing Guideline Table under 7B1.4(a). This section states that for Grade C Violations with a Criminal History Category of I, and where the defendant was on supervised release as a result of a sentence for a Class C felony, the applicable imprisonment range is 3 - 9 months.

Pursuant to U.S.S.G. § 7B1.3(g)(2), the term should not exceed the original term of supervised release authorized by statute less any term of imprisonment imposed upon revocation.

AO 442 (Rev. 11/11) Arrest Warrant

**FILED**



*11:25 am, 11/3/21*

**Margaret Botkins**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ANDREW CLARK CRAWFORD | ) | Case No.  17-CR-125-1F |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ANDREW CLARK CRAWFORD                                                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☑ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

See attached Petition for Warrant or Summons for Offender Under Supervison.

Date:   11/03/2021
                                                                                          *Issuing officer's signature*

City and state:   Cheyenne, WY                                        for Margaret A. Botkins, Clerk of Court
                                                                                          *Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____
                                                                                          *Arresting officer's signature*

                                                                                          *Printed name and title*