FILED

11:42 am, 11/29/21

**Margaret Botkins
Clerk of Court**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW CLARK CRAWFORD,<br><br>Defendant. | Case No. 17-CR-125-1F |

## ORDER REVOKING SUPERVISED RELEASE AND COMMITTING DEFENDANT

The above-entitled matter having come before the Court for hearing on November 29, 2021, upon a Petition For Warrant for Offender Under Supervision entered November 3, 2021; the plaintiff appearing by Michael Elmore, Assistant United States Attorney, Cheyenne, Wyoming, and the defendant appearing in person and by David Weiss, Federal Public Defender, Cheyenne, Wyoming; and the Defendant having admitted violation 3 set forth in the Petition for Warrant or Summons for Offender under Supervision; and the Court having heard the arguments offered in support of and in opposition to the petition, and being fully advised in the premises.

THE COURT HEREBY FINDS that the defendant, ANDREW CLARK CRAWFORD, has violated conditions of his Supervised Release, and that such violations warrant revocation of said Supervised Release.

NOW, THEREFORE, IT IS ORDERED that the Supervised Release heretofore granted by the U.S. District Court - District of Arizona on October 17, 2012, be, and the same is hereby revoked.

IT IS FURTHER ORDERED that the defendant, ANDREW CLARK CRAWFORD, and he is hereby, committed to the custody of the United States Marshals to be imprisoned for a term of 3 months (with credit for time previously served, November 21, 2018 through December 10, 2018 as well as time currently being served following the defendant's arrest on November 10, 2021). The Court strongly recommends that the defendant serve the remaining time in custody in Wheatland, Wyoming. If that placement is not permitted by the Bureau of Prisons, the secondary recommendation of the Court is that the defendant be placed at the facility in Marion as he is familiar with that facility.

IT IS FURTHER ORDERED that upon release from imprisonment, the defendant, ANDREW CLARK CRAWFORD, shall be on supervised release for a term of twenty (20) years. The defendant must comply with all conditions of supervision previously imposed, including all monetary obligations. The following additional special conditions are imposed:

The defendant shall reside at a Residential Re-Entry Center (RRC) designated by the United States Bureau of Prisons for a period of three (3) months. The defendant shall comply with all rules of the program and follow all staff directives until he has successfully completed the program. He shall not cause himself to be unsuccessfully terminated from the facility. The Court strongly recommends that the defendant be placed at the VOA facility

in Gillette, Wyoming for that residential re-entry term.

The defendant is prohibited from masturbating outside of his sex offender registered residence.

The defendant's HP Laptop SN 5CD03144LX and MicroSD ScanDisk card that was seized on November 10, 2021, shall be destroyed.

IT IS FINALLY ORDERED that violations 1, 2 and 4 set forth in the Petition are hereby dismissed upon Motion of the United States.

Dated this 29th day of November, 2021.

_____
Nancy D. Freudenthal,
United States District Judge