# United States District Court
# District of Wyoming

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2023 APR 20 PM 4:08

MARGARET BOTKINS, CLERK
CHEYENNE

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: | ANDREW CRAWFORD              Case No.:   17CR-0125-NDF-1 |
| Sentencing Judicial Officer: | Raner C. Collins (District of Arizona) |
| Date of Original Sentence: | October 17, 2012 |
| Original Offense: | Accessing Child Pornography |
| Original Sentence: | 72 months custody/Lifetime supervised release |
| Type of Supervision: | Supervised release |
| Date Supervision Commenced: | May 3, 2017 |
| Date Supervision Modified: | November 20, 2017 (Curfew restriction removed after 6 months of compliance |
| Date Supervision Modified: | January 24, 2019 (Updated polygraph condition to match District of Wyoming |
| Date Supervision Modified: | February 4, 2020 (90 days home detention) |
| Date Supervision Revoked: | November 29, 2021 (3 months custody/20 years of supervised release) |
| Date Supervision Re-Commenced: | January 20, 2022 |
| Assistant U.S. Attorney: | Timothy Gist |
| Defense Attorney: | Melanie Gavisk |

## Petitioning the Court

☒ To issue a warrant
☐ To issue a summons
☐ To sign and have file an amended petition

The probation officer believes the offender has violated the following conditions of supervision:

(See attached)

U.S. Probation Officer Recommendation:

☒ The term of supervision should be revoked.
☐ The term of supervision should be extended.
☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____     April 20, 2023
Eddie J. Lobatos, Senior U.S. Probation Officer     Date

Approved by:   /s/Paul Ricketts
              _____
              Paul Ricketts, Chief U.S. Probation Officer

| THE COURT ORDERS: | THE COURT FURTHER ORDERS: |
|---|---|
| ☐ No action<br>☒ The issuance of a warrant<br>☐ The issuance of a summons<br>☐ Other | ☐ Counsel to file Notice of Intent to contest the results of urinalysis testing within two days of the Initial Appearance on this Petition. |

*Nancy D. Freudenthal*  
U.S. District Judge  
Honorable Nancy D. Freudenthal

4/20/2023  
Date

1) **Violation of Condition: You shall not commit another federal, state, or local crime during the term of supervision.**

   **Violation of Condition: You shall maintain an appropriate appearance at all times which includes the wearing of undergarments, and appropriate outer clothing in the home or places where another person may reasonably expect to view you.**

   On November 3, 2022, the defendant was arrested by the Cody Police Department for five (5) counts of Indecent Exposure. According to the Misdemeanor Information, on or about September 14, 2022; September 22, 2022; October 25, 2022; and November 1, 2022 (X2), the defendant had publicly exposed his intimate parts with the intent of arousing the sexual desire of himself.

   On April 5, 2023, the defendant entered a guilty plea to four (4) of the five (5) counts of Indecent Exposure in the Park County Circuit Court, Cody (Docket No.2022-268). The defendant was sentenced to 180 days jail to run concurrently to Criminal Case No. 6302.

2) **Violation of Condition: You shall not commit another federal, state, or local crime during the term of supervision.**

   On November 4, 2022, a Felony Information was filed against the defendant in the Fifth Judicial District Court charging the defendant with Failure of a Sex Offender to Report a Change of Required Information to wit: as a sex offender required to register, did fail to report the license plate number and description of a vehicle owned by the defendant. This is in violation of Wyoming Statutes 7-19-302(a)(ix)(n) and 7-19-307(a)(c) a felony punishable by imprisonment for not more than five (5) years.

   On March 9, 2023, the defendant entered a guilty plea to failing to report changes to his registration in the Fifth Judicial District Court, Cody (Criminal Case NO. 6302). The defendant was sentenced to not less than thirty (30) months and not more than forty-eight (48) months with credit for one hundred twenty-one (121) days served in custody.

### Preliminary Advisory Revocation Guideline Calculation

The defendant was originally convicted of a Class A Felony, thus the maximum sentence allowed is 5 years. The most serious conduct alleged as a violation of supervision is considered a Grade B violation. The defendant's criminal history category is I, thus the advisory range for revocation is 4 to 10 months.

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| United States of America | ) |
|---|---|
| v. | ) Case No. 17-CR-125-NDF |
| ANDREW CRAWFORD | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Andrew Crawford,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment  ❏ Superseding Indictment  ❏ Information  ❏ Superseding Information  ❏ Complaint
❏ Probation Violation Petition  ☑ Supervised Release Violation Petition  ❏ Violation Notice  ❏ Order of the Court

This offense is briefly described as follows:

Violation of Supervised Release

Date: 04/20/2023

*Issuing officer's signature*

City and state: Cheyenne, Wyoming

Margaret Botkins, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                                                                 Weight:

Sex:                                                                      Race:

Hair:                                                                     Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: